Daniel M. Hodes [State Bar No. 101773]
dhodes@hodesmilman.com
HODES MILMAN, LLP
9210 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 640-8222
Facsimile: (949) 336-8114
Attorneys for Plaintiffs, RONALD W. WILLIS and ALBERTA SUE WILLIS

FILED

2011 OCT 28 AM 11: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### Eastern Division

RONALD W. WILLIS and ALBERTA SUE WILLIS,

      Plaintiffs,

    vs.

UNITED STATES OF AMERICA, and DOES 1 through 50, Inclusive,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO: CV 11 - 08948 GW PJWx

COMPLAINT

Plaintiffs, Ronald W. Willis and Alberta Sue Willis, hereby sue the Defendant, the United States of America, for damages and state their causes of action as set forth below.

### Jurisdiction and Venue

1.    This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq. This Court is vested with jurisdiction pursuant to 28 U.S.C. § 1346(b). The defendant provided medical care to plaintiff Ronald W. Willis. As described herein, plaintiffs challenge the reasonableness of that care. Plaintiffs reside at 6379 Sundown Drive, Phelan, California 92371. Defendant United States of America will be served through the United States Attorney General, Department of Justice, 10th and Pennsylvania Avenue N.W., Washington, D.C. 20530, and

through the United States Attorney, Civil Process Clerk, 312 N. Spring Street, Suite 1200, Los Angeles, CA 90012.

2.      Plaintiffs filed administrative claims with the United States Department of Veterans Affairs ("VA") on November 15, 2010, but as yet have not been advised of any decision on those claims.  Accordingly, Plaintiffs have elected to file suit in accordance with 28 U.S.C. § 2675.

3.      Venue is proper in this judicial district (and division) pursuant to 28 U.S.C. § 1402(b) because the injury occurred at the VA Loma Linda Healthcare System (VA Loma Linda), located in Loma Linda, California.  Venue is also proper because the plaintiffs reside in this judicial district (San Bernardino County).

## General Allegations

4.      At all times relevant herein, the plaintiffs were married and resided in San Bernardino County, California.

5.      At all times relevant herein, the United States of America owned and operated the VA Loma Linda.

6.      At all times relevant herein, the agents, servants, employees and personnel of the defendant United States of America were acting within the course and scope of their employment in providing medical care to plaintiff Ronald W. Willis (Mr. Willis), a veteran of the United States Army entitled to such care.

7.      Mr. Willis received his primary and other medical care at the VA Loma Linda for several years.  Beginning in June 2007, laboratory testing detected hyponatremia (abnormally low serum sodium).  Follow-up lab work in September 2007, June 2008, July 2008, October 2008, March 2009, October 2009, and March 2010 all reported continuing hyponatremia.

8.      During these years, Mr. Willis was being seen regularly in the VA Loma Linda general medicine clinic by Maher A. Roman, M.D. (Dr. Roman). Mr. Willis saw Dr. Roman in the clinic in February 2007, June 2007, April 2008, May 2008, June 2008, July 2008, October 2008, April 2009, November 2009, and March 2010. Dr. Roman's progress notes contain occasional mention of Mr. Willis' hyponatremia, but no work-up was undertaken to determine the cause of the patient's low serum sodium. Instead, Dr. Roman repeatedly counseled Mr. Willis to simply decrease his fluid intake.

9.      In addition to his visits to see Dr. Roman in the general medicine clinic, Mr. Willis was seen twice in 2007 in the pulmonary clinic for a chronic cough, which occasionally caused syncopal episodes. Although various tests were ordered, these did not include any imaging studies of Mr. Willis' lungs.

10.     In April 2010, Mr. Willis became a patient of the Albuquerque VA Medical Center in New Mexico. He was admitted to that facility on 4/12/10 for symptoms of gastroenteritis. As a part of the medical evaluation, a chest x-ray was performed. It was notable for lymphadenopathy. A follow-up CT scan revealed a 7.4 x 3.9 cm in the patient's right lung. A lymph node biopsy was positive for non small cell lung cancer.

11.     Mr. Willis' treating physicians at the Albuquerque VA Medical Center noted that this patient had a long history of hyponatremia which had not been worked-up. Mr. Willis was subsequently told that his hyponatremia was most likely caused by syndrome of inappropriate antidiuretic hormone (SIADH), and was related to his lung cancer. SIADH commonly occurs in patients with lung cancer and is often one of its first indicators, offering an opportunity for early diagnosis and treatment with appropriate medical work-up.

12.     Mr. Willis was ultimately diagnosed with Stage IV non small cell lung cancer. He has been treated with radiation and chemotherapy. He has been told that his life expectancy is quite limited. By the time of diagnosis, it was too late for curative treatment.

3

## Negligence

13.     Plaintiffs allege that the agents, servants, and/or employees of the United States of America, while acting within the course and scope of their employment, deviated from appropriate standards of medical care in providing medical care and treatment to plaintiff Ronald W. Willis in the following respects:

(a)     Failing to commence an appropriate medical work-up for hyponatremia from 2007 – 2010;

(b)     Failing to order chest imaging studies from 2007 – 2010;

(c)     Negligent delay in diagnosing lung cancer; and

(d)     Committing other negligent acts or omissions in violation of the applicable standards of medical care.

## Count I

## Ronald W. Willis

14.     Paragraphs 1 through 13 are hereby realleged and incorporated by reference.

15.     As a direct and proximate result of the defendant's negligence, plaintiff Ronald W. Willis has and will continue to incur damages including, but not limited to, the following:

(a)     Physical pain, suffering, and discomfort;

(b)     Emotional distress and mental anguish;

(c)     Reduced life expectancy;

(d)     Loss of physical function and health;

(e)     Loss of enjoyment of life;

(f)     Medical bills;

(g)     Economic losses; and

(h)     Other damages.

*COMPLAINT*

16.     For these damages, plaintiff Ronald W. Willis demands two million dollars ($2,000,000.00) in compensation.

## Count II

### Claim of Alberta Sue Willis

17.     Paragraphs 1 through 16 are hereby realleged and incorporated by reference.

18.     As a direct and proximate result of the defendant's negligence, plaintiff Alberta Sue Willis has and will continue to incur damages including, but not limited to, the following:

(a)     Significant emotional distress and mental anguish;

(b)     Loss of her husband's household services;

(c)     Loss of her husband's consortium; and

(d)     Other damages.

19.     For these damages, plaintiff Alberta Sue Willis demands one million dollars ($1,000,000) in compensation.

WHEREFORE, plaintiffs respectfully request that this Court issue a judgment in their favor against the United States of America in the amount of three million dollars ($3,000,000.00), and to award such other further relief as is just and equitable under the circumstances.

Dated this 27 day of October, 2011          Respectfully submitted,

RONALD W. and ALBERTA S. WILLIS

By: _____
Daniel M. Hodes
California State Bar No. 101773
HODES MILMAN, LLP
9210 Irvine Center Drive
Irvine, California 92618
Tel: (949) 640-8222
Fax: (949) 336-8114
dhodes@hodesmilman.com
Counsel for Plaintiffs

5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

## CV11- 8948 GW (PJWx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
| **312 N. Spring St., Rm. G-8** | **411 West Fourth St., Rm. 1-053** | **3470 Twelfth St., Rm. 134** |
| **Los Angeles, CA 90012** | **Santa Ana, CA 92701-4516** | **Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Ronald W. Willis and Alberta Sue Willis | |
| *Plaintiff* | |
| v. | Civil Action No. |
| United States of America , and | |
| DOES 1 through 50, Inclusive, | |
| *Defendant* | |

CV. 11 – 08948 GW

PJWx

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Attorney General
　　　　　　　　　　　　　　　Department of Justice
　　　　　　　　　　　　　　　10th & Pennsylvania Ave., N.W.
　　　　　　　　　　　　　　　Washington, D.C. 20530

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Daniel M. Hodes
　　　　　　　　　　　　　　Hodes Milman, LLP
　　　　　　　　　　　　　　9210 Irvine Center Drive
　　　　　　　　　　　　　　Irvine, CA 92618

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

**TERRY NAFISI**

*CLERK OF COURT*

Date: ___OCT 28 2011___       _____
　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Ronald W. Willis and Alberta Sue Willis

**DEFENDANTS**

United States of America

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Daniel M. Hedes, Esq., Hedes Milman, LLP
9210 Irvine Center Drive
Irvine, California 92618 (949) 640-8222

Attorneys (If Known)

United States Attorney
312 N. Spring Street, Suite 1200
Los Angeles, California 90012

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☑ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ 3,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☑ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV 11 - 08948   GW   PJWx

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

OCT 28 2011

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

VIII(a). IDENTICAL CASES: Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

VIII(b). RELATED CASES: Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                               ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                               ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                               ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

IX. VENUE: (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date   10/27/11

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |