1  ANDRÉ BIROTTE JR.
2  United States Attorney
   LEON W. WEIDMAN
3  Assistant United States Attorney                    *MADE JS-6*
   Chief, Civil Division
4  JOANNE OSINOFF (Cal. Bar No. 141489)
5  Assistant United States Attorney
        Room 7516, Federal Building
6       300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-6880
8       Facsimile: (213) 894-7819
9       Email: joanne.osinoff@usdoj.gov
10 Attorneys for Defendant
   United States of America
11

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTA SUE WILLIS, Individually and as surviving spouse of RONALD W. WILLIS, deceased,<br><br>           Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | CASE NO. CV 11-8948 GW (PJWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

    Based upon the Stipulation for Compromise Settlement and Release and the Stipulation for Dismissal with Prejudice, IT IS HEREBY ORDERED that:

    1.  The above-captioned action is dismissed with prejudice in its entirety;
    2.  Each party shall bear its own costs, attorneys' fees and expenses; and

3. The district court shall retain jurisdiction until the settlement proceeds are paid in accordance with the Stipulation for Compromise Settlement and Release previously filed by the parties.

DATED: January 8, 2013

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

2